UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Petitioner,

v.

Ronald T. Duval,

    Respondent.

Civil Action
No. 97-11540-WGY

04-12255-WGY

### MOTION TO STAY PROCEEDINGS AND HOLD IN ABEYANCE UNTIL PETITIONER HAS FINISHED EXHAUSTING STATE REMEDIES

Now comes the Petitioner, Tony B. Gaskins, moves this Honorable Court to stay proceedings in this matter and hold this matter in abeyance until he has finished exhausting his state remedies.

                    Respectfully Submitted,

                    Tony B. Gaskins, Pro se
                    MCI-Cedar Junction
                    P.O. Box 100
                    South Walpole, Ma. 02071

Dated: 9/29/04