UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Petitioner,

v.

Ronald T. Duval,

    Respondent.

Civil Action
No. 97-11540-WGY

04-12255

### MOTION TO RECONSIDER PETITIONER'S MOTION TO VACATE ORDER OF DISMISSAL AND TO RESTORE HIS CASE TO THE DOCKET, AND TO TREAT MOTION AS A NEWLY FILED HABEAS PETITION

Now comes the Petitioner, Tony B. Gaskins, and respectfully asks this Honorable Court to reconsider its order dismissing his December 3, 2003 "Motion to Vacate Order of Dismissal and To Restore Case To The Docket," and to treat that Motion to Vacate as a newly filed habeas petition.

Per order of this Court in Gaskins v. Duval, Civil Action No. 97-11540, Memorandum at P. 10, September 20, 2004, Young, C.J., the petitioner has filed with this a new habeas petition.

Wherefore the Petitioner prays that this Honorable Court allows this motion.

Respectfully Submitted,

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 9/29/04