UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Petitioner,

v.

Ronald T. Duval,

    Respondent.

Civil Action
No. 97-11540-WGY

04-12255-WGY

## CERTIFICATE OF SERVICE

I, Tony B. Gaskins, certify that I caused a true copy of the foregoing "Motion to Reconsider Motion to Vacate, And to Treat As Newly Filed Habeas, Motion to Stay Proceedings and Habeas Petition," to be served on Thomas F. Reilly, Attorney General, One Ashburton Place, Boston, Ma. 02108, by first class mail, postage prepaid.

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 9/29/04