Mr. Tony Gaskins
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA. 02071

Pro Se Clerk                    January 26, 2005
United States District Court
1 Courthouse Way, Suite 2500
Boston, MA. 02210

Re: Gaskins v. Duval,
    C.A. No. 97-11540-WGY

Dear Clerk,

Chief Judge Young gave me a ruling in September, 2004 directing me to file another §2254 Petition and to recharacterize my motion. I did follow his directives and filed a new §2254 Petition under "Gaskins v. Nolan" in October, 2004.

I have yet to hear anything on it and I would like to know that status of the new petition?

Thank you for your attention to this matter.

Sincerely,
Tony Gaskins
Tony Gaskins