United States District Court
For the
District of Massachusetts

Civil Action
No. 04-12255-WGY

Tony B. Gaskins,
    Petitioner,

v.

Ronald T. Duval,
    Respondent.

Petitioner's Status Report

On 4/13/05, Leo Womack's appeal to the Single Justice of the Supreme Judicial Court pursuant to Mass. Gen. Law Ch. 211 §3, appealing Judge Borenstein's evidentiary ruling that he waived his Fifth Amendment privilege and must testify, was denied.

On 4/20/05, Mr. Womack timely appealed the Single Justice (Greaney, J.) decision denying his G.L.C. 211 §3 petition to the Full Bench of the Massachusetts Supreme Judicial Court. The SJC has yet to make a ruling, and the appeal is still pending.

-2-

Respectfully Submitted,

*/s/ Tony B. Gaskins*
TONY B. GASKINS, PRO SE
MCI- Cedar Junction
P.O. Box 100
South Walpole, MA 02071

Dated: 6/12/05

### Certificate of Service

I, TONY B. GASKINS, CERTIFY THAT I CAUSED A COPY OF THE FOREGOING "STATUS REPORT" TO BE SERVED ON: CATHRYN A. NEAVES, ASSISTANT ATTORNEY GENERAL, OFFICE OF THE ATTORNEY GENERAL, ONE ASHBURTON PLACE, BOSTON, MA. 02108, BY FIRST CLASS MAIL, POSTAGE PRE-PAID.

*/s/ Tony B. Gaskins*
TONY B. GASKINS

Dated: 6/12/05