UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Petitioner,

v.

Ronald T. Duval,

    Respondent.

Civil Action
No. 04-CV-12255-WGY

**MOTION FOR LEAVE OF COURT TO ADD PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF HIS PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254, AND TO STAY THE MEMORANDUM OF LAW ALONG WITH HIS 2254 PETITION**

Now comes the petitioner, Tony B. Gaskins, in the above-entitled civil matter seeks leave of court to add his Memorandum of Law in Support of His § 2254 Petition now pending and stayed before this court. The defendant respectfully asks that this Honorable court stay this memorandum of law along with his petition. See attached Memorandum of Law with exhibits.

    Wherefore, the petitioner prays that this motion is allowed.

Respectfully Submitted,

Tony B. Gaskins, pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 12/18/05