A00047

# EXHIBIT C

Reed, Coffell, Daskins, Womack

B.H. Copy

# LYNN POLICE INCIDENT REPORT

PAGE _1_ OF _2_    RPT: _91296_

LOCATION OF INCIDENT: _FRANKLIN ST / BOSTON ST_

TYPE OF INCIDENT OR OFFENSE: _STABBING_

DID THE INCIDENT INVOLVE DOMESTIC ABUSE AS DEFINED BY c209, s1A? ......... YES [ ]  NO [X]
DID THE INCIDENT INVOLVE ANY CIVIL RIGHTS ISSUES AS DEFINED BY c265, s37? .. YES [ ]  NO [X]

| DATE REPORTED | TIME REPORTED | DATE OF INCIDENT | FROM: ___ TO: ___ TIME OF INCIDENT |
|---|---|---|---|
| 2-16-91 | 0123 | 2-16-91 | |

NAME OF BUSINESS: _N/A_    TELEPHONE: ___

| # | PARTICIPANTS NAME | TYPE | D.O.B. | SEX | RACE | ADDRESS | TELEPHONE |
|---|---|---|---|---|---|---|---|
| 1 | David Clark | V | 2-23-60 | M | B | 3 No. Common Ter. | 551-5581 |
| 2 | Daniel Harper | W | 10-5-57 | M | B | 187 Walnut Ave Roxbury | 442-3813 |
| 3 | Bobby Byrd | W | 10-5-52 | M | B | 198 Locust St. Lynn | None |
| 4 | | | | | | 64 No. Common St. #21 | None |
| 5 | Vivian Clark Avant | W | | F | B | 192 Franklin St. 2nd | 581-5518 |

RACE: W=WHITE  B=BLACK  O=ORIENTAL  H=HISPANIC  I=AMERICAN INDIAN
TYPE: O=OWNER(business)  PR=PERSON REPORTING  V=VICTIM  S=SUSPECT  D=DEFENDANT  W=WITNESS

REPORT: On the above date, at the above time, Car 10 was dispatched to the above address for an apparent stabbing.

We arrived at Lynn Hospital Emergency, Boston St. and D. Clark was already being treated inside Lifeline Ambulance. He had a puncture wound to his lower left quadrant, and a contusion to his left eye area. He was taken to Union Hospital, Lynnfield St. by Lifeline Ambulance.

D. Clark related to Off. Monahan while in the ambulance at Boston St., that he received the wound when he fell on his broken bed. He had a problem conversing due to the pain and/or language barrier.

We obtained his name and other information from Union Hospital. He was being treated by Dr. Smith and Dr. Goldberg at Union Hosp. Sgt. Kiluzis was notified and informed of the situation.

While at Union Hospital we spoke to both D. Harper and B. Byrd. D. Harper relates that he was walking to 192 Franklin St. to visit his cousin, D. Clark, when he saw him coming from the building. He said he had to go to the hospital so he and B. Byrd helped D. Clark to the Emergency Room at Atlanticare, Boston St. D. Harper relates that D. Clark told him he fell on the bed.

B. Byrd relates while walking on Franklin St. he saw D. Clark

REPORTING OFFICER: _MANNING_    PAYROLL: _6296_
SECOND OFFICER: _MONAHAN_    PAYROLL: _6343_
DIVISION SERGEANT: _[signature]_    PAYROLL: _5605_

A00048

## LYNN POLICE SUPPLEMENT REPORT

PAGE 2 OF 2                                    ANO: 91/2963
                                               JR. REPORT #

| PARTICIPANTS NAME | ADDRESS |
|---|---|
| D. Clark | 0123 |

| TYPE OF INCIDENT OR OFFENSE | DATE OF INCIDENT | TIME OF INCIDENT TO: FROM: |
|---|---|---|
| Stabbing | 2-16-91 | |

AND D. HARPER IN FRONT OF 193 FRANKLIN ST. AND WENT TO help, THEN bringing D. Clark TO THE EMERGENCY ROOM ON BOSTON ST. He RELATES THAT he has no idea what happened TO D. Clark.

AFTER CLEARING UNION HOSPITAL, WE WENT TO 193 FRANKLIN ST. TO TALK TO VIVIAN AVANT. She RELATES THAT D. Clark CAME HOME complaining OF STOMACH PAIN. He RELATED TO HER THAT he was coming home FROM his FRIENDS house AT BOSTON ST. AND WAS JUMPED BY FIVE (5) MALES. ONE STABBED him, AND ONE KICKED him IN THE head. He THEN CAME HOME AND CONFRONTED her.

THE SEVERITY OF THE WOUND IS UNKNOWN, AT THIS TIME, Although D. Clark was brought TO THE OPERATING ROOM. All OF D. Clark's property is being held by UNION HOSPITAL, FOR SAFE KEEPING, AT THIS TIME.

NO OTHER INFORMATION TO REPORT, AT THIS TIME.

| REPORTING OFFICER | PAYROLL NO. | COMPLAINANTS SIGNATURE |
|---|---|---|
| MANNING | 6296 | |
| SECOND OFFICER | PAYROLL NO. | JUVENILE (IF INVOLVED) |
| MONAHAN | 6243 | |
| DIVISION SERGEANT | PAYROLL NO. | PARENTS SIGNATURE |
| | 5605 | |



# NURSING ASSESSMENT

**AtlantiCare** MEDICAL CENTER

admitted 2/16/01

2/23/60 BOY
GOLDBERG, LARRY
INPATIENT-UNION

ADDRESSOGRAPH

Complete and send copy to Discharge Planner | Date of Assessment | Time 650A

**Sex:** ☒ Male ☐ Female

**Mode of Arrival:** ☐ Ambulatory ☐ Wheelchair ☒ Stretcher — from OR

**Vital Signs:** 5st 120 BP E depplex T <96 P 96 R 20 | Height | Weight | Recent Weight Change | Last A

**Disposition of Clothing:** ☐ Family ☐ Unit ☐ Other: (vent)

**Disposition of Valuables:** ☐ Patient ☐ Family ☐ Cashier

**Orientation To Unit:** ☐ Yes ☐ No   Include: ☐ Bed ☐ Meals ☐ T.V.

## HEALTH STATUS (See History Sheet for Family Medical History)

Patient's understanding of reason for admission — unresponsive on arrival (from OR)

Symptoms and treatment before hospitalization — pr admission to ER — pt said he fell off a bed & got stabbed

## PATTERNS OF DAILY LIVING

**Diet:** ☐ Regular ☐ Special (Type): | Do you understand your diet? ☐ Yes ☐ No

**Eating Habits** Numbers of meals/day? | Assistance with meals? ☐ Yes ☐ No

**Food Preparer?** | Alcohol use? ☐ Yes ☐ No  How Often?  How Much?

**Tobacco?** ☐ Yes ☐ No | Type | How Much? | How Long?

**Do you have a history of falling at home?** ☐ Yes ☐ No | Purple Dot alert initiated* ☐ Yes ☐ No

**Medications currently taken at home:** If yes, include dose and compliance, include over the counter, contraceptive pills, prescriptions
☐ Yes ☐ No
☐ Meds to Pharmacy
? allergies

**ALLERGY TO AND TYPE OF REACTION**
☐ Medications _____
☐ Food _____
☐ Other _____

## HOME CARE STATUS

☐ M ☐ S ☐ W ☐ D ☐ Other: | Number of Children | Ages

**Living with:** ☐ Family ☐ Alone ☐ Other: | **Family:** ☐ In town ☐ Out of town ☐ None | **Living where?** ☐ House ☐ Apartment ☐ Other: | **Currently receiving services:** ☐ VNA ☐ Home health aide ☐ Meals on Wheels ☐ Adult day care

Do you have to climb stairs? ☐ Yes ☐ No | Do you have someone to assist you after discharge? ☐ Yes

## ANTICIPATED DISCHARGE NEEDS

**Teaching:** ☐ Cardiac ☐ Diabetic ☐ Medication ☐ COPD ☐ Ostomy ☐ None ☐ Other: _____
**Equipment:** ☐ Ambulatory Aids & Safety Devices ☐ Oxygen ☐ Dressings/Supplies
☐ Other _____
**May need assistance from:** ☐ Family ☐ Visiting Nurse ☐ Social Worker ☐ Mobil Meals ☐ Homemaker/Home Health ☐ Hospice ☐ Other

pt from LR p surgery + bleeding everywhere, vented, unresponsive,

A000050

Neuromuscular                                      ☐ No Deficiency        Respiratory                                    ☐ No Deficiency

- ☐ Incoordination            ☐ Regular Exercise Routine        Rate _____
- ☐ Weakness                  ☐ Seizures                        ☐ Shallow            ☐ S.O.B.
- ☐ Sensory Loss              ☐ Stiffness                       ☐ Deep               ☐ Dyspnea
- ☐ Paralysis                 ☐ Deformity                       ☐ Regular            ☐ Cyanosis
  Where _____                                                 ☐ Irregular          ☐ Cough
- ☐ R.O.M. Loss               ☐ Amputation                      ☐ Stridor            ☐ Productive  ☐ Non-productive
- ☐ Contractures                                                ☐ Abnormal Breath Sounds   ☐ Intubated
- ☐ Gait Impairments                                              Describe
- ☐ Joint-Muscle Pain
- ☐ P.E.R.L.
- ☐ More thorough assessment needed
  Use Neuro Assessment sheet

Explain   pt unresponsive c arrival from
ER                                                              Explain _____

Cardiovascular

- ☐ Radial Pulse Rate _____    ☐ Chest Pain/Describe             If alterations in extremity assessment, further assessment
  ☑ Regular   ☐ Chest Pain                                        should include:
  ☐ Irregular ☐ Edema                                             Extremity Pulses
  ☐ Strong    ☐ Dizziness       ☐ Edema/Area very edematous
  ☐ Thready   ☐ Hypertension                                       Radial          R ✓  L ✓
  ☑ Weak      ☐ Fainting        Extremities ☑ Cool  extremities all   Dorsal Pedis   R ___ L ___
              ☐ Fatigue                              mottled         Posterior Tibial R ___ L ___
- ☐ Apical Pulse Rate _____   ☐ Warm _____                      Brachial        R ✓  L ✓ faint
- ☐ No Deficiency               ☐ Discolored _____

SIGNIFICANT CURRENT MEDICAL HISTORY/HOSPITALIZATION

✓ on arrival to ER pt admitted to having aides.
✓ ? other Hx

IDENTIFIED NURSING PROBLEMS

1) Alt cardiac output
2) Alt Level in consciousness
3) Potential for Alt in Nutrition

A00051