A0C052

# EXHIBIT D

A0C052

LYNN POLICE DEPARTMENT

CRIMINAL INVESTIGATION DIVISION

DETECTIVE INVESTIGATION REPORTS

TO:      FILE

FROM:    CPL. DENNIS MARKS, MASS. STATE POLICE AND DET. LT. DENNIS FLYNN,
         LYNN POLICE, C.I.D.

DATE:    2/18/91

RE:      STABBING, FRANKLIN AND BOSTON STS., L.P.D. INCIDENT REPORT #91/2963
         DAVID CLARK, VICTIM

SUBJECT: STATEMENT OF LEO J. WOMACK, JR., D.O.B. 4/15/70

Friday night (2/15/91), I was at my home, 355 Summer Street. Around 10:00-10:30 P.M., I got a phone call from Ray Coffill. He said, "Are we gone to do it tonight?" He meant the drug house on Boston St. and hit it. I said, "Come over and we'll talk about it." Five minutes later, Ray came over to my house. Ray mentioned other things besides Boston Street, when we could make money like the drop at Papa Gino's or the drug house. I said I didn't want to do Papa Gino's. Ray was driving a gray, Chevy Chevette. Ray and I went to the drug house (Boston St.)

I told Ray as we were driving by the drug house to go in and buy what he wanted and pick me up at my mother's house on Carnes St.

Ray let me off at my mother's house and he left. I was talking to my mom, fifteen minutes later Ray came back to my mother's house and picked me up. We went to Ray's house at 54 Light St., to do what he had. He had a 20 of cocaine. We smoked the 20 of cocaine, me, Ray and Ray's girlfriend.

I asked Ray to take me to my house for a minute. We went into my house (Summer St.). My girlfriend said we needed food and diapers. I called the police station and asked for Ralph Strols. They said he wasn't in but if I came down they will page him in. Ray drove me to Lynn P.D. and I met with Ralph

A00053

WOMACK--PAGE TWO

Sirois. Told him my family needed food and diapers. He gave me 10 dollars. I left and Ray and I went back to my house. I had the 10 dollars and a 14 karat gold charm. The charm said "Sexy" on it that I had bought from Linda's. Ray and I went to the drug house on Boston St. I gave Ray the 10 dollars and the charm. Ray went in. I sat in the car in the driveway. Ray went to the 1st floor back door.

In the hallway was Tony (Tony Gaskins) and Romeo (Robert Reid). They didn't give Ray anything for the 10 dollars and the charm. Ray told me this when he, Tony and Romeo came out. But they got a 20, because Tony and Romeo had pitched in one-half, 10 from Ray and 10 from Tony and Romeo.

Ray, Romeo and Tony got in the car and we all went to Ray's house (54 Light St.) All four of us smoked the #20.00 of cocaine.

While doing the 20, we started talking about kicking down the door at the drug house and robbing it. Romeo is saying, "Let's kick the drug dealer's door in and get their shit." I said I was game.

I told Ray and his girlfriend, I want to go to my house but I don't want Tony and Romeo to know where I live. I left Ray's house and I ran home.

I got a phone call from Ray. Ray said, "What you want to do?" I told him to come by alone and we will talk about it.

Romeo and Tony were in the car but Ray came up to my house by himself. Ray went out and brought Tony and Romeo up to my house.

At my house we talked about how we were going to hit the drug house. Ray said he would be the drive man. Tony and Romeo and I would hit the door.

We drove to the drug house. Ray parked his car on Barrett Street so he could see the porch. We, Rome Tony and I, went to the house, 1st floor in rear and went to the hallway door. We got in and knocked on the door. Tony stared to the drug dealers through the open door that the stuff we bought was no good. The Hispanic male said, "Nothing bad is sold here. The stuff is good,

Cpl [signature]

A00054

WOMACK--PAGE FOUR

I told Romeo to get into the car to help Ray catch him.

The guy was still running up Boston St. The first time Ray pulled up beside him and cut him off the guy opened the passenger door. Ray said he reached under the seat. The guy said, "Oh shit!" and continued running up Boston St. The guy made it up to the street near the barber shop. (Congress St.) The guy hid in the back yard of a house on Congress St., near the barber shop. Rome and Tony went in the back yard and I went around to the next street. Ray was in the car parked beside the barber shop.

Romeo and Tony are in the back yard and you could hear the guy saying, "Romeo, I don't have it. Tell your boys to leave me alone." Then I couldn't hear the guy any more. I had come back around to Congress St.

Romeo and Tony came out of the driveway. Ray pulled up and we all got in the car. I was front passenger, Tony was rear, behind the driver and Romeo was behind me. We went driving around looking for the guy. I said, "Take me home." We drove around looking around for the guy.

We were on Western Avenue and Tony said, "I stabbed him." He said, "I think it was in the stomach." Romeo said to Tony, "See if there is any blood on the knife and wipe it off." I saw Tony take out the knife (buck knife) and wipe his finger across the knife to see if there was any blood on the blade. Ray took me home and they went to Ray's house.

THIS STATEMENT WAS GIVEN BY ME AFTER BEING ADVISED OF MIRANDA RIGHTS IN THE PRESENCE OF CPL. DENNIS MARKS AND LT. DENNIS FLYNN, ON 2/18/91, AT LYNN POLICE STATION. THIS STATEMENT IS GIVEN OF MY OWN FREE WILL.

LYNN POLICE DEPARTMENT

CRIMINAL INVESTIGATION DIVISION

DETECTIVE INVESTIGATING REPORTS

TO          FILE

FROM:       DETECTIVE LT. ROCCO PERLINO, C.I.D.

DATE:       2/16/91, 5:40 P.M.

RE:         STABBING, FRANKLIN & BOSTON STS., INCIDENT REPORT #91/2963
            DAVID CLARK, VICTIM

SUBJECT:    STATEMENT OF RAYMOND COFFILL. ALSO PRESENT AT TIME OF STATEMENT,
            CAPTAIN JOSEPH COPPINGER, C.I.D.

On 2/16/91, at approx. 12:30 A.M., Myself and Leo Womack drove to Boston St to buy some coke at a coke house. I went up to the house with $10.00 and a piece of gold to buy some coke. I went to the rear of the house but they wouldn't sell me the coke because they didn't want the gold. Tony Gaskins and Robert Reid were also at the house trying to buy some coke also. They had $15.00 each and they wanted to buy some coke also but the guy wanted $20.00. Robert Reid then says to me, "Hey, I know you, we did time together at D.Y.S." I then remembered him. He then asked if I wanted to go half on a $20.00 bag and I said "Yes." He then gave me $15.00 and I then slid $20.00 under the door. The guy then slid the coke under the door to us. It's what is known as a knock and slide. The three of us then leave the hall and agree to go to my house to cook up the coke. We walked to my car where Leo Womack was and then we all drove to my house.

We all did the coke at my house and it wasn't any good. We all talked about going back and robbing the coke house. We drove to the coke house and Leo and Rome stayed in the car and myself and Tony go in and complain. The guy wouldn't give me nothing. I then say, "Okay, I'm leaving" and I go back to my car and tell Leo and Romeo to go in and I'll drive around the corner and wait

A00056

COFFILL---PAGE TWO

but they never go into the house.

They all came back to my car and we talked about it again and I drive back to try and rob them by forcing the back door. Then the guy came out with a machete and I decided to leave. I start to leave and then we all go back to the car.

We then talk about it again and get hyped up to go back and kick in the door and rob them. Then a black guy came by and knocked on the door and he told us to leave because the guy wouldn't open the door until we left. They guy opened the door and they did a deal. Then another guy, a black dude, came by and he wanted to make a buy also, who I now know as Dave. When he came they decided to rob him for his stuff. We were standing on the porch when Dave came out and they asked what he had and he said he had a twenty and Leo then said to him, "Will you know what happens now" and that's when Tony pulled out his knife and a fight started and Leo punched Dave in the head and Leo said, "Kick it in!" Tony then grabbed Dave and pinned Dave up against the wall and put the knife to his throat. I had left to go to my car. I then saw them run after Dave and I started the car and followed them down the street. Dave even tried to get into the passenger side and realized it was me and he said, "Oh shit!" and jumps from the car. They then chased him and lost him. Then they all got into my car and Tony said, "I got that nigger, he didn't make the fence. I stabbed him in the leg."

We drove around and I ended up dropping Romeo off at 127 Washington St. and Tony at the Highlands and Womack off at Summer St. and I went home.

"I have read the above statement and agree that the statement is a true statement given to Lt. Perlino."

(RAYMOND COFFILL)

COFFILL--PAGE THREE

On 2/16/91, Raymond Coffill informed me that when we originally arrived at 127 Washington St., Tony Gaskins was sitting with him in the apartment and he got up and took a buck knife out of a holder on his belt and put it in a kitchen drawer. I went over to the drawer and was contemplating taking the knife but decided to leave it. It was the knife used in the stabbing of Dave Clark.

(RAYMOND COFFILL)