**EXHIBIT E**

CONLON, SAMSON & CONLON
ATTORNEYS AT LAW
73 NORTH COMMON STREET
LYNN, MASSACHUSETTS 01902
(617) 581-5335
TELECOPIER: (617) 581-5551

HUGH W. SAMSON
ALBERT S. CONLON
DAVID A. CONLON

July 10, 1997

Tony B. Gaskins
MCI Cedar Junction
P.O. Box 100
South Walpole, MA 02971

Dear Mr. Gaskins:

In response to your June 19, 1997 letter, I do not know who told you
that I am aware of the systematic exclusion of minorities in the jury pool is
Essex County. I have no such knowledge. What I do know, and would be
willing to state, is that in all the jury trials I have had in Newburyport,
which is perhaps a dozen, there have only been a handful of blacks in the
venire, and I do not believe I ever had a black survive the jury selection
process.

As for your request that I undertake your representation, I could not
do that at this time or for the foreseeable future.

Very truly yours,

Hugh W. Samson

HWS:ma

# Commonwealth of Massachusetts

ESSEX, to wit:

At the SUPERIOR COURT, begun and holden at Salem, ~~Lawrence Newburyport~~ within and for said County of Essex, on the first Monday of          January          in the year of our Lord one thousand nine hundred and          ninety-one

THE JURORS for the Commonwealth of Massachusetts upon their oath present, that

Tony B. Gaskins

of Lynn                                    in said County of Essex,
on ~~the~~ or about February 16, ~~Day of~~
in the year of our Lord one thousand nine hundred and .ninety-one
at  Lynn                                        in the County of Essex aforesaid

did assault and beat David Clark with the intent to murder him and by such

assault and beating did kill and murder David Clark,

against the peace of the Commonwealth aforesaid, and contrary to the form of the statute in such case made and provided.

_A TRUE BILL:_

_District Attorney._  A00061

_Foreman of Grand Jury._

ESSEX, SS. On this twelfth day of March in the year one thousand nine hundred and ninety-one this indictment was returned and presented to Said Superior Court, by the Grand Jury, and ordered to be filed.

and it is further ordered by the Court (Cratsley,J.,J.) that the defendant be notified that the indictment will be entered forthwith on the docket of the Superior Court for the County of Essex.

ATTEST: John M. [illegible signature]
Assistant Clerk

Direct
Lynn

No. 018642

COMMONWEALTH

vs.

Tony B. Gaskins

Superior Court, March Term, 19 91

Murder
265-1

Essex, s s March 13 A. D. 1991

I have this day served the within named Tony B. Gaskins with a copy of the indictment charging him with the murder of David Clark together with a copy of an order of the Court that the indictment will be entered forthwith upon the docket of the Superior Court for Essex County by giving to him in hand a true copy of the indictment and Order of the Court.

[illegible signature]
~~Sheriff of Essex County~~ Special
At Peabody, Mass.

A00062

## Commonwealth of Massachusetts

### THE TRIAL COURT

_____ Essex _____ : COUNTY

LOCATION: _____ Newburyport _____

Superior ☐     District ☐

SESSION: _____ Felony _____

Civil ☒     Criminal ☒

JUDGE: _____ John L. Murphy, Jr. _____

Harry Mc Kenna
COURT REPORTER

CASE TRIAL NUMBER: _____ 18642 _____

_____ v. _____

COMMONWEALTH
vs.

PANEL NUMBER: | 35 | ____ | ____ | ____

Court   Month   Day   No.

Tony Haskins

| JUROR'S I.D. NUMBER | | | NAME OF IMPANELLED JUROR |
|---|---|---|---|
| 92 - | 023047 | -05- A2 | Brian Porter |
| 91 - | 108401 | -05- 79 | Cindy J Foucault |
| 92 - | 023058 | -05- 53 | Donald Amato |
| 91 - | 139374 | -05- 43 | Edmund McGrath |
| 92 - | 023079 | -05- C2 | Suzanne Peters |
| 91 - | 021971 | -05- E0 | Georgia Nichols |
| 91 - | 056195 | -05- C5 | anne Arsenault |
| 92 - | 015656 | -05- 97 | Michael J. Jacobsen   F |
| 92 - | 023115 | -05- 85 | andrew Orlando |
| 91 - | 050336 | -05- E6 | Richard DiBlasio   A |
| 92 - | 016236 | -05- 17 | Melinda Carey |
| 92 - | 016871 | -05- EE | Sherri A. Godfrey   A |
| 92 - | 016945 | -05- 8A | David Lee |
| 92 - | 023161 | -05- A9 | Thomas Foley |
| - | | - . | |
| - | | - . | |

John P. Greeley
Signature of Assistant Clerk     A00063

2/25/92
Date

TO BE FILED WITH CASE PAPERS

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                        SUPERIOR COURT
                                 DOCKET NO:  18642

COMMONWEALTH                     )
                                 )
VS.                              )
                                 )
TONY B. GASKINS                  )

## MOTION FOR INDIVIDUAL VOIR DIRE OF JURY

Now comes the defendant in the above-entitled
case and requests this Court allow an individual voir
dire of the jury as the impaneling takes place.  As
reasons therefore, the defendant states that he is
concerned about any bias or prejudice in the jury
selection as this case involves the sale and purchase
of an illegal narcotic substance (cocaine), armed
robbery and murder on the streets of the City of Lynn,
Massaachusetts.

                         TONY B. GASKINS,
                         By his attorney,

                         _Michael P. Hickey_
                         MICHAEL P. HICKEY
                         Six Lynde Street
                         Salem, MA  01970
                         (617) 745-4444

Feb 29, 1998 Motion denied Murphy (J.C.) J

A00064

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                          SUPERIOR COURT
                                    DOCKET NO:   18642

COMMONWEALTH                    )
                                )
VS.                             )
                                )
TONY B. GASKINS                 )

## DEFENDANT'S MOTION TO ADDITIONAL PREEMPTORY
## CHALLENGES OF THE JURY VENIRE

Now comes the defendant in this case and requests
this Court allow him six additional preemptory
challenges of this jury venire.

As reasons therefore, he states that this
indictment allege the murder of David Clark.   The
defendant states these additional challenges are
necessary for a fair trial.

                            TONY GASKINS,
                            By his attorney,


                            Michael P. Hickey
                            MICHAEL P. HICKEY
                            Six Lynde Street
                            Salem, MA   01970
                            (617) 745-4444

A00065

COMMONWEALTH OF MASSACHUSETTS

ESSEX. SS.                        SUPERIOR COURT
                                  DOCKET NO:   18642

COMMONWEALTH                  )
                              )
VS.                           )
                              )
TONY GASKINS                  )

### REQUEST FOR VOIR DIRE OF PROSPECTIVE JURORS

Now comes the defendant in the above matter and requests that the following questions be asked of prospective jurors pursuant to Massachusetts General Laws, Ch. 234, Sec. 28.

1.  Are you aware of any reason which would prevent you from serving, or make it difficult for your to sit on the jury in this case?

2.  Are you acquainted with Tony Gaskins, the defendant in this case?

3.  Have you ever been a victim of assault or assault and battery with or without a weapon?

4.  If so, would this fact make it difficult for you to decide this case based upon the evidence alone?

5.  Have you or any member of you family or close friend ever been the victim of an assault, an assault and battery with or without a weapon, manslaughter or murder?

6.  If so, would this fact make it difficult for your to decide this case based upon the evidence?

- 1 -

A00066

7.     Has any member of your immediate family or
a close personal friend ever been the victim of an
assault or robbery with or without a weapon?

8.   If so, would this fact make it difficult
for you to decide this case based upon the evidence
alone?

9.   Have you ever been the victim of a
burglary/breaking and entering into your home?

10. If so, would this fact make it difficult
for you to decide this case based upon the evidence?

11. Have you or any member of your family or
close friend ever been the victim   of
burglary/breaking and entering into your home?

12.   If so, would this fact make it difficult
for you to decide this case based upon the evidence?

13. Have you or any member of your family or
close friend ever been the victim of a violent
crime?

14.   If so, would this fact make it difficult
for you to decide this case based upon the evidence?

15.   Can you accept the proposition of law
that a defendant is presumed innocent, has no burden
to establish his innocence, and is clothed
throughout the trial with this proposition?

16.   Would the fact that the defendant was
arrested in this case interfere with your ability
to presume he is innocent?

17.   Do  you feel that since the defendant has
been arrested that he is, therefore, probably
guilty?

18.   During  deliberation, if you have formed
an opinion, would you keep an open mind and listen
to the opinion of others?

19..  If other jurors were of a different
opinion than you, would you be willing to change
your opinion to conform to theirs?

- 2 -

20.  If you come to the conclusion that the prosecution had not proven the guilt of the accused beyond a reasonable doubt, and  you found that a majority of the jurors believed the defendant was guilty, would you change your verdict only because you were in the minority?

21.  If the defendant were to testify, would you give his testimony the same weight and credit that you would give to other witnesses?

22.  During the trial of this case, it is expected that there will be explicit testimony about the use of weapons, namely a knife.

23.  If so, would testimony about the use of such a weapon make it difficult for you to decide this case based upon all the evidence?

24.  Would you be able to fairly and impartially decide this case solely on the evidence presented, if the defendant is a Black man?

25.  Do you feel you would have any racial prejudice against the Black male?

26.  Do you believe you could impartially decide the guilt or innocence of this defendant when the government alleges this crime of murder was committed by a Black male?

27.  Are you or any members of your immediate family or close friends employed presently, or have been in the past, in any law enforcement agency, including police, federal agents, and prosecutors?

28.  Is there anything about the nature of the charge that would make it difficult for you to render a fair and impartial verdict?

29.  Would you believe the testimony of a police officer over that of a citizen just because he is a police officer?

30.  During the trial of this case, it is expected that there will be explicit testimony about injuries received by David Clark.

31.  If so, would testimony about such injuries make it difficult for you to decide this case based upon all the evidence?

$R-/.?$

32. During the trial of this case, it is expected that there will be photographs of David Clark's body depicting his injury.

33. If so, would testimony about such injuries make it difficult for you to decide this case based upon all the evidence?

34. Do you have any strong feelings on the issue of the treatment of crimes of violence by either the police or criminal courts which might affect your judgment in this case?

35. Have you or any member of your family or close friends, ever been employed by any agency or organization which works with or on behalf of victims of crimes of a violent nature?

36. Other than being a member of this jury pool, have you ever sat as a juror within the last 10 years?

37. It is expected there will be testimony about the voluntary ingestion of illegal narcotic drugs by the defendant. Would your opposition to the illegal narcotic drugs interfere with your ability to render a fair and impartial verdict?

38. It is expected that there will be testimony that the defendant's voluntary ingestion of illegal narcotic drugs diminished his responsibility in committing the crime of murder in the first degree.

TONY GASKINS,
By his attorney,

*Michael P. Hickey*

MICHAEL P. HICKEY
Six Lynde Street
Salem, MA  01970
(508) 745-4444

- 4 -

Table 54. **Age and Sex by Race and Hispanic Origin: 1990**—Con.

[Threshold and complementary threshold are 400 persons. For definitions of terms and meanings of symbols, see text]

| County | Dukes County | | Essex County | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | All persons | White | All persons | White | Black | American Indian, Eskimo, or Aleut | Asian or Pacific Islander | Hispanic origin (of any race) | White, not of Hispanic origin |
| **All persons** | 11 639 | 10 979 | 670 080 | 616 427 | 15 809 | 1 226 | 9 909 | 48 440 | 600 518 |
| Under 5 years | 824 | 788 | 48 777 | 41 680 | 1 972 | 113 | 1 116 | 6 529 | 39 680 |
| Under 1 year | 119 | 110 | 8 573 | 7 344 | 348 | 19 | 180 | 1 159 | 6 983 |
| 1 year | 200 | 184 | 10 696 | 9 078 | 480 | 26 | 243 | 1 432 | 8 655 |
| 2 years | 197 | 194 | 10 119 | 8 655 | 401 | 21 | 252 | 1 415 | 8 729 |
| 3 years | 168 | 164 | 9 655 | 8 295 | 367 | 21 | 214 | 1 276 | 7 904 |
| 4 years | 142 | 136 | 9 674 | 8 308 | 376 | 26 | 227 | 1 247 | 7 918 |
| 5 to 9 years | 813 | 764 | 44 810 | 38 550 | 1 564 | 114 | 1 163 | 5 845 | 36 747 |
| 5 years | 191 | 179 | 9 501 | 8 184 | 333 | 27 | 240 | 1 221 | 7 812 |
| 6 years | 163 | 158 | 9 090 | 7 827 | 328 | 27 | 217 | 1 187 | 7 454 |
| 7 years | 160 | 147 | 8 841 | 7 626 | 284 | 20 | 234 | 1 106 | 7 315 |
| 8 years | 147 | 139 | 8 594 | 7 363 | 308 | 21 | 228 | 1 178 | 6 995 |
| 9 years | 152 | 141 | 8 784 | 7 550 | 311 | 19 | 244 | 1 153 | 7 171 |
| 10 to 14 years | 678 | 635 | 40 500 | 35 113 | 1 397 | 129 | 915 | 5 208 | 33 395 |
| 10 years | 158 | 149 | 8 628 | 7 461 | 281 | 24 | 218 | 1 100 | 7 100 |
| 11 years | 126 | 122 | 8 226 | 7 119 | 310 | 29 | 180 | 1 079 | 6 753 |
| 12 years | 127 | 119 | 8 126 | 7 114 | 278 | 27 | 164 | 1 032 | 6 750 |
| 13 years | 135 | 119 | 7 744 | 6 705 | 250 | 30 | 172 | 1 012 | 6 386 |
| 14 years | 132 | 126 | 7 776 | 6 714 | 278 | 19 | 181 | 985 | 6 406 |
| 15 to 19 years | 562 | 506 | 42 863 | 37 725 | 1 433 | 111 | 887 | 4 725 | 36 294 |
| 15 years | 129 | 118 | 7 944 | 6 917 | 283 | 20 | 199 | 950 | 6 602 |
| 16 years | 135 | 128 | 7 992 | 7 049 | 255 | 16 | 149 | 916 | 6 763 |
| 17 years | 123 | 108 | 8 554 | 7 517 | 289 | 30 | 186 | 945 | 7 227 |
| 18 years | 90 | 78 | 8 792 | 7 741 | 292 | 20 | 169 | 961 | 7 469 |
| 19 years | 85 | 74 | 9 581 | 8 501 | 314 | 25 | 184 | 953 | 8 233 |
| 20 to 24 years | 512 | 470 | 47 635 | 42 575 | 1 553 | 109 | 710 | 4 614 | 41 228 |
| 20 years | 112 | 105 | 9 623 | 8 533 | 308 | 23 | 158 | 983 | 8 271 |
| 21 years | 99 | 91 | 9 262 | 8 335 | 307 | 20 | 125 | 822 | 8 108 |
| 25 to 29 years | 808 | 758 | 56 995 | 51 760 | 1 676 | 93 | 817 | 4 789 | 50 243 |
| 30 to 34 years | 1 104 | 1 051 | 59 858 | 54 797 | 1 532 | 93 | 1 033 | 4 426 | 53 366 |
| 35 to 39 years | 1 207 | 1 154 | 54 981 | 50 797 | 1 509 | 120 | 909 | 3 548 | 49 613 |
| 40 to 44 years | 1 138 | 1 094 | 50 391 | 47 282 | 922 | 103 | 764 | 2 578 | 46 367 |
| 45 to 49 years | 673 | 643 | 39 228 | 37 014 | 675 | 64 | 514 | 1 892 | 36 349 |
| 50 to 54 years | 434 | 421 | 30 070 | 28 535 | 483 | 51 | 324 | 1 315 | 28 059 |
| 55 to 59 years | 493 | 469 | 29 432 | 28 415 | 333 | 35 | 239 | 904 | 28 045 |
| 60 to 64 years | 558 | 524 | 29 866 | 29 076 | 302 | 25 | 179 | 673 | 28 781 |
| 65 to 69 years | 608 | 568 | 28 736 | 28 073 | 256 | 23 | 166 | 515 | 27 827 |
| 70 to 74 years | 453 | 427 | 24 307 | 23 904 | 179 | 11 | 77 | 374 | 23 704 |
| 75 to 79 years | 333 | 308 | 18 564 | 18 308 | 99 | 13 | 57 | 253 | 18 164 |
| 80 to 84 years | 244 | 219 | 12 423 | 12 266 | 75 | 12 | 24 | 158 | 12 167 |
| 85 years and over | 195 | 180 | 10 650 | 10 557 | 49 | 7 | 15 | 94 | 10 489 |
| 18 years and over | 8 935 | 8 438 | 511 533 | 479 601 | 10 049 | 804 | 6 181 | 28 047 | 470 104 |
| 62 years and over | 2 158 | 2 001 | 112 720 | 110 701 | 825 | 79 | 446 | 1 775 | 109 783 |
| 65 years and over | 1 833 | 1 702 | 94 674 | 93 108 | 658 | 66 | 339 | 1 394 | 92 351 |
| Median age | 37.3 | 37.4 | 34.4 | 35.5 | 25.0 | 26.8 | 26.0 | 22.1 | 35.9 |
| **Female** | 5 991 | 5 661 | 350 169 | 322 669 | 7 910 | 615 | 5 143 | 24 905 | 314 504 |
| Under 5 years | 385 | 373 | 23 655 | 20 211 | 934 | 48 | 566 | 3 102 | 19 281 |
| Under 1 year | 46 | 43 | 4 159 | 3 563 | 162 | 9 | 87 | 541 | 3 412 |
| 1 year | 88 | 84 | 5 127 | 4 315 | 252 | 9 | 123 | 680 | 4 122 |
| 2 years | 107 | 105 | 5 002 | 4 262 | 189 | 8 | 135 | 675 | 4 054 |
| 3 years | 82 | 80 | 4 774 | 4 133 | 160 | 10 | 105 | 614 | 3 941 |
| 4 years | 62 | 61 | 4 593 | 3 938 | 171 | 12 | 116 | 592 | 3 752 |
| 5 to 9 years | 410 | 389 | 21 833 | 18 755 | 788 | 50 | 568 | 2 820 | 17 923 |
| 5 years | 98 | 94 | 4 635 | 3 995 | 161 | 13 | 112 | 608 | 3 801 |
| 6 years | 83 | 81 | 4 438 | 3 831 | 174 | 9 | 113 | 595 | 3 665 |
| 7 years | 80 | 74 | 4 256 | 3 675 | 141 | 8 | 117 | 519 | 3 533 |
| 8 years | 67 | 65 | 4 121 | 3 508 | 151 | 11 | 116 | 551 | 3 355 |
| 9 years | 82 | 75 | 4 338 | 3 746 | 161 | 9 | 110 | 547 | 3 569 |
| 10 to 14 years | 320 | 298 | 19 630 | 16 989 | 691 | 70 | 478 | 2 535 | 16 143 |
| 10 years | 76 | 73 | 4 251 | 3 668 | 136 | 15 | 115 | 560 | 3 478 |
| 11 years | 64 | 61 | 4 008 | 3 477 | 152 | 16 | 89 | 523 | 3 293 |
| 12 years | 56 | 51 | 3 901 | 3 417 | 141 | 14 | 88 | 481 | 3 237 |
| 13 years | 61 | 52 | 3 729 | 3 219 | 126 | 14 | 90 | 482 | 3 080 |
| 14 years | 63 | 61 | 3 741 | 3 208 | 136 | 11 | 96 | 489 | 3 055 |
| 15 to 19 years | 290 | 261 | 21 381 | 18 758 | 710 | 53 | 461 | 2 382 | 18 069 |
| 15 years | 65 | 59 | 3 898 | 3 366 | 137 | 10 | 112 | 476 | 3 221 |
| 16 years | 73 | 69 | 3 859 | 3 413 | 121 | 5 | 64 | 449 | 3 270 |
| 17 years | 69 | 61 | 4 166 | 3 659 | 138 | 17 | 88 | 456 | 3 531 |
| 18 years | 38 | 33 | 4 480 | 3 928 | 145 | 11 | 90 | 496 | 3 797 |
| 19 years | 45 | 39 | 4 978 | 4 392 | 169 | 10 | 107 | 505 | 4 250 |
| 20 to 24 years | 249 | 234 | 24 203 | 21 577 | 757 | 54 | 368 | 2 453 | 20 845 |
| 20 years | 44 | 43 | 4 949 | 4 390 | 135 | 13 | 90 | 501 | 4 254 |
| 21 years | 40 | 37 | 4 784 | 4 277 | 171 | 13 | 70 | 435 | 4 162 |
| 25 to 29 years | 399 | 378 | 28 933 | 26 185 | 847 | 41 | 429 | 2 547 | 25 379 |
| 30 to 34 years | 558 | 536 | 30 707 | 28 063 | 740 | 63 | 551 | 2 584 | 27 281 |
| 35 to 39 years | 623 | 598 | 28 116 | 25 951 | 638 | 65 | 481 | 1 884 | 25 301 |
| 40 to 44 years | 548 | 520 | 25 972 | 24 336 | 461 | 53 | 404 | 1 375 | 23 857 |
| 45 to 49 years | 315 | 297 | 19 955 | 18 809 | 336 | 30 | 243 | 1 016 | 18 474 |
| 50 to 54 years | 229 | 222 | 15 549 | 14 757 | 248 | 19 | 168 | 715 | 14 493 |
| 55 to 59 years | 237 | 227 | 15 247 | 14 714 | 175 | 19 | 130 | 459 | 14 528 |
| 60 to 64 years | 330 | 320 | 16 064 | 15 611 | 172 | 12 | 101 | 377 | 15 456 |
| 65 to 69 years | 337 | 314 | 16 096 | 15 709 | 148 | 13 | 96 | 311 | 15 561 |
| 70 to 74 years | 261 | 243 | 14 338 | 14 101 | 108 | 6 | 41 | 234 | 13 970 |
| 75 to 79 years | 204 | 184 | 11 823 | 11 666 | 59 | 8 | 34 | 151 | 11 583 |
| 80 to 84 years | 151 | 134 | 8 519 | 8 417 | 56 | 7 | 15 | 100 | 8 348 |
| 85 years and over | 145 | 133 | 8 125 | 8 060 | 42 | 4 | 9 | 60 | 8 012 |
| 18 years and over | 4 669 | 4 412 | 273 108 | 256 276 | 5 101 | 415 | 3 267 | 15 067 | 251 135 |
| 62 years and over | 1 289 | 1 190 | 68 716 | 67 505 | 512 | 44 | 255 | 1 076 | 66 938 |
| 65 years and over | 1 098 | 1 008 | 58 901 | 57 953 | 413 | 38 | 195 | 856 | 57 474 |
| Median age | 38.2 | 38.1 | 35.8 | 37.0 | 25.5 | 28.9 | 26.4 | 23.4 | 37.4 |
| **Male** | 5 648 | 5 318 | 319 931 | 293 758 | 7 899 | 611 | 4 766 | 23 535 | 286 014 |
| Median age | 36.3 | 36.6 | 33.0 | 34.1 | 24.5 | 25.3 | 25.4 | 20.6 | 34.4 |
| Males per 100 females | 94.3 | 93.9 | 91.4 | 91.0 | 99.9 | 99.3 | 92.7 | 94.5 | 90.9 |

A00070

19    MASSACHUSETTS

Table 3.    Sex, Race, and Hispanic Origin: 1990—Con.

[For definitions of terms and meanings of symbols, see text]

| State County County Subdivision Place | All persons | Sex | | Race | | | | | Hispanic origin (of any race) | Not of Hispanic origin | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black | American Indian, Eskimo, or Aleut | Asian or Pacific Islander | Other race | | White | Black | American Indian, Eskimo, or Aleut | Asian or Pacific Islander | Other race |

A00071

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.                          SUPERIOR COURT DEPARTMENT
                                    CRIMINAL NO. 18642

COMMONWEALTH

V.

TONY GASKINS

AFFIDAVIT

I, Michael P. Hickey, hereby depose and state as follows:

1.    I am a criminal defense attorney practicing in the City of Salem.

2.    I have been involved in the practice of criminal law since 1977.

3.    During my nearly twenty (20) years as an attorney, I have prosecuted and defended in numerous murder cases.

4.    I represented Tony Gaskins during the pendency of his murder indictment no. 018642.

5.    At the time of impanellment, I asked for an individual voir dire of jurors and for additional peremptory challenges in attempt to assure the defendant, a Black man, a fair trial; although the victim was also black, one of the testifying co-defendants, Raymond Coffill, is Caucasian.

A00072

6.   In my judgment, race could have been a factor in this case.

7.   Both requests were denied.

8.   I did not use all peremptory challenges.

9.   The defendant was satisfied with my requests.

10.   The defendant did not tell me to further pursue the possible race issue.

11.   In my judgment, I had done all that was necessary on the potential race issue.

12.   I never told the defendant that I did not want to further pursue this matter.

Signed under the penalties of perjury this 29th day of April, 1997.

FOR THE COMMONWEALTH:

MICHAEL P. HICKEY

# OFFICE OF JURY COMMISSIONER
## *for The Commonwealth*

May 28, 1997

Tony B. Gaskins
P.O. Box 100
So. Walpole, MA 02071

Dear Sir:

In response to your letter of May 13, 1997, please be advised that our records are kept for 3 years only. Therefore, we cannot be of assistance to you as regards the records from 1990, or those from 1987-1991.

Incidentally, the data we receive and keep for three years for each individual named is name, address, date of birth, gender and occupation. Our records did not reflect voter status or race/ethnicity.

To explain how we select and process jurors in a letter would take forever. Please read M.G.L. c234A. That is the current jury statue and is what we follow.

Office of Jury Commissioner

A00074

560 HARRISON AVENUE - SUITE 600
BOSTON, MASSACHUSETTS 02118-2447

(617) 422-5860
FAX (617) 422-5869

Commonwealth of Massachusetts
**ESSEX SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

# ESCR1991-18642
# Commonwealth v Gaskins, Tony B.

| | | | |
|---|---|---|---|
| **File Date** | 03/12/1991 | **Status** | Disposed (appeal pending) (dappen) |
| **Status Date** | 02/20/2003 | **Session** | 1 - CtRm 1 (Salem) |
| **Jury Trial** | Unknown | **Origin** | I - Indictment |
| **Lead Case** | | | |

## OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 02/16/1991 | 265:001.0 | Guilty verdict | 02/28/1992 |
| | Murder | | | |

## PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 03/12/1991

**District Atty's Office 349880**
Kevin M Mitchell
111 Everett Ave
Suite 2A
Chelsea, MA 02150
Phone: 617-884-6480
Fax: 617-884-6524
Active 07/16/2003 Notify

**Defendant**
Tony B. Gaskins
M.C.I. Cedar Junction
P.O. Box 100
South Walpole, MA 02071
Gender: Unknown
Active 03/12/1991

**Private Counsel 032150**
John J Barter
83 Atlantic Avenue
3rd floor
Boston, MA 02110-3711
Phone: 617-367-2545
Fax: 617-523-7554
Active 07/16/2003 Notify

**Witness**
Robert Sean Reid
Old Colony Correctional Center
Gender: Male
DOB:02/17/68 W-68550
Active 12/06/2002

**Private Counsel 565903**
David L Larsen
O'Donovan Lyons & O'Donovan
741 Broadway
Ball Square
Somerville, MA 02144
Phone: 617-629-8888
Fax: 617-623-7990
Active 07/16/2003 Notify

**Witness**
Leo Womack
Gender: Unknown
Active 07/16/2003

**Private Counsel 600354**
Chauncey B Wood
47 Third Street
Suite 201
Cambridge, MA 02141
Phone: 617-577-8722
Fax:
Active 07/16/2003 Notify

**ESSEX SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

## ESCR1991-18642
## Commonwealth v Gaskins, Tony B.

| Date | Paper | Text |
|---|---|---|
| 03/12/1991 | 1.0 | Indictment returned |
| 02/28/1992 | | RE Offense 1:Guilty verdict |
| 10/26/2000 | | Continued until 12/14/2000 for status and counsel for defendant to file motions on 12/8/00. Borenstein, J., presiding; M. Hezekiah, Court Reporter. |
| 12/08/2000 | 88.0 | Motion for Writ of Habaes Corpus Ad -Testificandum: Filed |
| 01/23/2001 | 88.1 | Supplemental memorandum in support of Post-Conviction motions: Filed |
| 03/19/2001 | 88.2 | [Substitute Supplemental Memorandum in Support of Post -Conviction Motion |
| 04/11/2001 | 89.0 | Defendant's Motion for an expedited setting of an evidentiary hearing date: Filed |
| 05/08/2001 | 90.0 | Commonwealth files memorandum in opposition to defendant's request for an evidentiry hearing regarding post-conviction motions. |
| 05/08/2001 | 91.0 | Affidavit of Howard Whitehead: Filed |
| 05/08/2001 | 92.0 | Affidavit of Kevin Mitchell: Filed |
| 05/29/2001 | 93.0 | Motion for wit of Habeas Corpus Ad-Testificandum: Filed |
| 06/01/2001 | 94.0 | Motion for new trial by Deft on June 14, 2001, at 9:00A.M. Sharp in Judge Borenstein's session in Salem Superior Court. Requested by:Shirley Cahill, District Attorney's Office |
| 02/13/2002 | 95.0 | Motion for leave to supplement argument: Filed |
| 07/12/2002 | 96.0 | Memorandum of Decision & Order of Defendant's Motion for New Trial: Denied (See Endorsement) (Isaac Borenstein, J.) (Copies to Kevin Mitchell & John Barter) |
| 09/26/2002 | | Habeas corpus for Deft at Cedar Junction MCI (Walpole) for October 28, 2002, at 9:00AM in Middlesex Superior Ct. for Hearing: Motion for New Trial in Judge Isaac Borenstein's session. Requested by: Shirley Cahill, District Attorney's Office    ADA: Kevin Mitchell |
| 10/22/2002 | 97.0 | Habeas corpus for Deft at Cedar Junction MCI (Walpole) for December 9, 2002, at 9:00AM in Middlesex Superior Ct. - Cambridge- Judge Borenstein's session  for Hearing: Motion for New Trial.  Special Instructions:Please cancel Habe for 10/28/02, Judge Borenstein. Requested by: Shirley Cahill, District Attorney's Office  ADA: Kevin Mitchell. |
| 10/28/2002 | 98.0 | Motion to continue: Filed |
| 11/13/2002 | 99.0 | Motion for discovery of documents reviewed by Commonwealth witnesses in preparation for testimony and to compel documentary evidence of promises, inducements and rewards: Filed (Copy to Borenstein, J.) |
| 12/06/2002 | | Habeas corpus for witness Robert Sean Reid at Old Colony Correctional Center for Monday, December 9, 2002, at 9:00AM in Middlesex Superior Ct. in Judge Borenstein's session.    Requested by: Michele Merullo, District Attorney's Office |
| 12/09/2002 | 99.1 | Second Supplemental Memorandum in Support of Post-Conviction Motions |
| 01/06/2003 | 100.0 | Habeas corpus for Deft at Cedar Junction MCI (Walpole) for Wednesday, January 8, 2003, at 9:00AM in Norfolk Superior Ct. for Hearing: Evidentiary Motion in Judge Borenstein's session.    Requested by: |

**Commonwealth of Massachusetts**
**ESSEX SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

## ESCR1991-18642
## Commonwealth v Gaskins, Tony B.

| Date | Paper | Text |
|------|-------|------|
| | 100.0 | Michele Merullo, District Attorney's Office          ADA: K. M. Mitchell |
| 01/24/2003 | 101.0 | Habeas corpus for Deft at Cedar Junction MCI (Walpole) for Thursday, January 30, 2003 at 9:00AM in Norfolk Superior Ct. in  Judge Borenstein's session for a Hearing: Evidentiary Motion. Requested by: Michele Merullo, District Attorney's Office ADA: K. M. Mitchell |
| 01/27/2003 | 102.0 | Third supplemental memorandum in support of post-conviction motions: Filed |
| 01/30/2003 | 103.0 | Order authorizing payment of costs of transcripts: Filed |
| 01/30/2003 | 104.0 | Order authorizing payment of costs of transcripts: Filed |
| 02/03/2003 | 105.0 | Motion for issuance of writ of habeas corpus for presence of defendant at hearing: Filed |
| 02/05/2003 | 106.0 | Habeas corpus for Deft at Cedar Junction MCI (Walpole) for February 13, 2003 at 9:00AM in Norfolk Superior Ct. in Dedham in Ct Rm 3- Judge Borenstein's session for continued Hearing on Motion for New Trial. Requested by: Michele Merullo, District Attorney's Office ADA: K. Mitchell |
| 02/13/2003 | 107.0 | Memorandum of decision and Order on defendant's motion for a new trial: Issued - The defendant's motion for a new trial based on erroneous third prong of malice jury instruction is Denied (Borenstein, J.) Copies sent 2/14/03 |
| 02/20/2003 | 108.0 | Notice of appeal: Filed by Tony B. Gaskins |
| 03/05/2003 | 109.0 | Court Reporter Welch, Maureen is hereby notified to prepare one copy of the transcript of the evidence of December 09-11, 2002 Hearing on Motion for New Trial before Borenstein,J. |
| 06/23/2003 | | Transcript of testimony received 3 volumes from court reporter, Welch, Maureen |
| 03/03/2004 | 110.0 | Motion to provide the defendant access to transcripts of in camera proceedings for purpose of appeal: Filed |
| 03/03/2004 | 111.0 | Motion for status conference and expedited consideration of renewed and revised motion for post conviction relief: Filed |
| 04/21/2004 | 112.0 | Motion to compel court reporter to complete transcripts: Filed |
| 05/05/2004 | | Transcript of testimony received 2 volumes dated 12/10-11/02 from court reporter, Welch, Maureen |
| 06/08/2004 | | Transcript of testimony received 1 volume dated 12/9/02 from court reporter, Welch, Maureen |
| 07/06/2004 | 113.0 | Motion to expedite relief on defendant's motion for new trial pending before this Court: Filed |
| 07/22/2004 | 114.0 | Habeas corpus for Deft at Cedar Junction MCI (Walpole) for 8/3/2004 at 8 AM in Dedham Superior Court (Norfolk county) for Motion for New Trial. |
| 09/27/2004 | 115.0 | Order on motion to provide counsel with access to transcripts of in camera proceedings for purposes of appeal: Issued (Borenstein, J.) |
| 09/27/2004 | 116.0 | Scheduling Order regarding witness Leo Womack: Issued (Borenstein, J.) |

**Commonwealth of Massachusetts**
ESSEX SUPERIOR COURT
Case Summary
Criminal Docket

**ESCR1991-18642**
**Commonwealth v Gaskins, Tony B.**

| Date | Paper | Text |
|------|-------|------|
| 01/13/2005 | 117.0 | Transcript of testimony received dated 2/13/03 from court reporter, Leary, Mary |
| 04/15/2005 | 118.0 | Notice of docket entry received from Supreme Judicial Court Re: Motion for leave |
| 04/15/2005 | 119.0 | Notice of docket entry received from Supreme Judicial Court Re: Motion for impoundment |
| 04/15/2005 | 120.0 | Notice of docket entry received from Supreme Judicial Court Re: Judgment |
| 04/21/2005 | 121.0 | Motion for an order permitting Tony B. Gaskins to call attorneys: Denied (Borenstein, J.) |
| 04/25/2005 | 122.0 | General correspondence Re: Leo Womack's Notice of Appeal from from single justice denial of relief: Received from Supreme Judicial Court |
| 08/15/2005 | 123.0 | Motion for a scheduling order and to resume evidentiary proceedings: Filed |

**EVENTS**

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 12/08/2000 | CtRm 1 (Salem) | Hearing: Motion | Event held as scheduled |
| 12/14/2000 | CtRm 1 (Salem) | Conference: Status Review | Event held as scheduled |
| 06/14/2001 | CtRm 1 (Salem) | Hearing: Post-Sentence Motion for New Trial. | |
| 09/06/2002 | CtRm 1 (Salem) | Conference: Status Review | Event canceled not re-scheduled |
| | | To be held before Borenstein J. , Counsel Only, at the Dedham Superior Court at 9:00 A.M. | |
| 10/28/2002 | CtRm 1 (Salem) | Hearing: Motion | Event rescheduled by court prior to date |
| 12/09/2002 | CtRm 1 (Salem) | Hearing: Motion | Event held as scheduled |
| 01/08/2003 | CtRm 1 (Salem) | Hearing: Misc Matters | Event not held--joint request |
| | | to be heard in Norfolk Superior Ct. - the Hon. Judge Isaac Borenstein's session. | |
| 01/30/2003 | CtRm 1 (Salem) | Hearing: Motion | Event not held--joint request |
| | | Evidentiary motion to be heard in Norfolk Superior Ct. in Judge Borenstein's session. | |
| 02/13/2003 | CtRm 1 (Salem) | Hearing: Motion | Event held as scheduled |
| 08/03/2004 | CtRm 1 (Salem) | Hearing: Motion New Trial Motion | |

A00078