UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Petitioner,                        Civil Action
                                        No. 04-12255-WGY

v.

Ronald T. Duval,

    Respondent.

**MOTION TO REMOVE THE STAY AND TO RESTORE THE CASE BACK ON THE DOCKET TO BE HEARD ON ITS MERITS**

Now comes the Petitioner, Tony B. Gaskins, in the above-entitled civil action moves this Court to remove the stay order and to restore the case back on the docket for the case to be heard on its merits. This matter was stayed in this court so that the petitioner could return to the state and fully exhaust his "perjured testimony" claim. That claim has been fully exhausted in the state and now the petitioner seeks redress with this court in his § 2254 Petition now pending before The Honorable William G. Young.

                                            Respectfully Submitted,

                                            Tony B. Gaskins, Pro se
                                            MCI-Cedar Junction
                                            P.O. Box 100
                                            South Walpole, Ma. 02071

Dated: 6/13/08