UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Petitioner,                    Civil Action
                                       No. 04-CV-12255-WGY

v.

Ronald T. Duval,

    Respondent.

        **MOTION FOR LEAVE OF COURT TO ADD PETITIONER'S**
        **MEMORANDUM OF LAW IN SUPPORT OF HIS PETITION**
        **FOR WRIT OF HABEAS CORPUS PURSUANT TO 28**
        **U.S.C. § 2254**

Now comes the Petitioner, Tony B. Gaskins, in the above-entitled civil matter seeks leave of court to add his Memorandum of Law in Support of His § 2254 Petition now pending before this Court. See attached Memorandum of Law with Exhibits.

                                                  Respectfully Submitted,

                                                  Tony B. Gaskins, Pro se
                                                  MCI-Cedar Junction
                                                  P.O. Box 100
                                                  South Walpole, Ma. 02071

Dated: 6/13/08