UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Tony B. Gaskins,

     Petitioner,

v.

Ronald T. Duval,

     Respondent.

Civil Action
No. 04-CV-12255-WGY


## MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes the Petitioner in the above-entitled civil action moves this Honorable Court for the appointment of counsel.  In support of this motion, the petitioner has attached a memorandum of law.

Respectfully Submitted,

Dated: 6/18/08

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071