UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Petitioner,

v.

Ronald T. Duval,

    Respondent.

Civil Action
No. 04-CV-12255-WGY

MOTION FOR LEAVE OF COURT TO SUPPLEMENT PETITION
FOR WRIT OF HABEAS CORPUS, 28 U.S.C. § 2254

    Now comes the Petitioner, pursuant to Fed. R. Civ. P. 15(d), seeks leave of court to supplement his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In support of this motion, the petitioner states:

    1. Since the filing of his original petition events have happened that requires implementation within his § 2254 petition to support his claims seeking relief.

    2. The supplemental pleadings filed herewith seeks to supplement the following claims within the original pleadings:

    (a) Argument I(A);

    (b) Evidentiary hearing request;

    (c) Argument VI(F).

Respectfully Submitted,

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 6/18/08