UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Petitioner,

v.

Ronald T. Duval,

    Respondent.

Civil Action
No. 04-cv-12255-WGY

MOTION TO REMOVE STAY AND TO RESTORE THE CASE
BACK ON THE DOCKETS TO BE HEARD ON ITS MERITS

    Now comes the Petitioner, Tony B. Gaskins, in the above captioned matter moves for this court to remove the stay and restore this matter back on the docket to be heard on its merits. In support of this motion, the petitioner states:

    1. Per order of this court on June 24, 2008, the Petitioner has attached to this motion the decision of the Supreme Judicial Court denying his motion for leave to appeal denial of new trial motion, establishing that all claims are now exhausted.

Respectfully Submitted,

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 8/15/08